**Order filed December 9, 2014**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00512-CV
## MOHAMMED A. JAFAR, MOHAMMED M. CHOWDHURY AND ABDUS SOBHAN, Appellants

### V.

## SERAJ MOHAMMED, Appellee

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2012-10417**

## O R D E R

Appellants' brief was due November 24, 2014. No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **January 8, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM